# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:21-cv-00227-NT |
| | ) |
| TOWN OF MONTICELLO, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 12, 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision (ECF No. 6). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Plaintiff's complaint (ECF No. 1) is hereby **DISMISSED** without prejudice.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 8th day of October, 2021.